```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL KRECHMER, a/k/a                                     :
"MICHAEL MALICE,"                                           :
                                                            :
                              Plaintiff,                    :
                                                            :
              -v-                                           :
                                                            :
ANDREA K. TANTAROS and                                      :
ASTERO, LLC,                                                :
                                                            :
                              Defendants.:
------------------------------------------------------------X
```

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: August 9, 2017 | |

16-cv-7820 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Clerk of Court is directed to unseal the above-referenced matter.

SO ORDERED.

Dated: New York, New York
       August 9, 2017

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge