## JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*  
PETER B. SCHALK**

G. WILLIAM BARTHOLOMEW**  
ALI R. JAFFERY**

*ALSO ADMITTED IN CONNECTICUT  
**ALSO ADMITTED IN NEW JERSEY

5 COLUMBUS CIRCLE  
1790 BROADWAY  
NEW YORK, NEW YORK 10019  
TEL: (212) 974-2400  
FAX: (212) 974-2944  
WWW.BURLAW.COM

12 OLD HILL FARMS ROAD  
WESTPORT, CONNECTICUT 06880  
TEL: (203) 226-4823

August 9, 2017

**VIA ECF**
The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

      Re:    *Krechmer v. Tantaros, et al.*, Docket No. 16-cv-7820-KBF

Dear Judge Forrest:

      In accordance with Your Honor's Order of today (Dkt. No. 47), Mr. Wolman and I have agreed to meet at the Courthouse at 11:30 a.m. on Friday, August 11, 2017.

                                      Respectfully yours,

                                      Judd Burstein

cc:    Jay M. Wolman, Esq. (via ECF)