```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MICHAEL KRECHMER, a/k/a                                      :
"MICHAEL MALICE,"                                            :
                                        Plaintiff,           :     16-cv-7820 (KBF)
                                                             :
                    -v-                                      :            ORDER
                                                             :
ANDREA K. TANTAROS and                                       :
ASTERO, LLC,                                                 :
                                        Defendants.          :
------------------------------------------------------------ X
```

>  USDC SDNY
>  DOCUMENT
>  ELECTRONICALLY FILED
>  DOC #: _____
>  DATE FILED: August 9, 2017

KATHERINE B. FORREST, District Judge:

    To review sealed materials for potential redactions consistent with this Court's order of August 9, 2017 (ECF No. 47), the parties are directed to meet in the conference room of Courtroom 23B at **11:30 a.m. on Friday, August 11, 2017**.

    SO ORDERED.

Dated:    New York, New York
           August 9, 2017

                                        _____
                                          KATHERINE B. FORREST
                                          United States District Judge