UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,                Case No.: 16-cv-7820 (KBF)

      -against-

                                   **NOTICE OF APPEARANCE**

ANDREA K. TANTAROS, an individual;
and ASTERO, LLC, a New Jersey limited
liability company,

                Defendants.
------------------------------------------------------------x

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

      PLEASE TAKE NOTICE that Jay M. Wolman of Randazza Legal Group, PLLC, is admitted to practice in this Court and hereby enters his appearance in this action as counsel for Plaintiff Michael Krechmer a/k/a "Michael Malice" and requests that all pleadings and papers in this action be served upon the undersigned.[1]

    Dated: August 10, 2017              Respectfully Submitted,

                                                */s/ Jay M. Wolman*
                                                Jay M. Wolman (JW0600)
                                                RANDAZZA LEGAL GROUP, PLLC
                                                100 Pearl Street, 14th Floor
                                                Hartford, CT 06103
                                                Tel:  702-420-2001
                                                Fax:  305-437-7662
                                                Email: ecf@randazza.com

                                                *Attorneys for Plaintiff,*
                                                *Michael Krechmer*

---

[1] Although undersigned counsel already appears for Plaintiff on this matter, due to the previously sealed nature of the case, counsel is filing the instant notice to ensure receipt of Notices of Electronic Filing, per the advice of this Court's ECF Help Desk.  No actual change of appearance is intended.

Case No. 16-cv-7820 (KBF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF, or via electronic mail and U.S. Mail if necessary, upon:

> Judd Burstein, Esq.
> Peter B. Schalk, Esq.
> 5 Columbus Circle, Ste. 1501
> New York, NY 10019
> <jburstein@burlaw.com>
> <pschalk@burlaw.com>
>
> *Attorneys for Defendants*

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC