UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL KRECHMER, a/k/a          :
"Michael Malice," an individual,      :
                :

          Plaintiff,    :      Case No.: 16-cv-7820 (KBF)
                :

    -against-        :

                :      **NOTICE OF APPEARANCE**

ANDREA K. TANTAROS, an individual; :
and ASTERO, LLC, a New Jersey limited :
liability company,           :
                :

          Defendants.   :
                :

------------------------------------------------------------x

TO:    THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Ronald D. Green of Randazza Legal Group, PLLC, is admitted *pro hac vice* in this case and hereby enters his appearance in this action for Plaintiff Michael Krechmer a/k/a "Michael Malice" and requests that all pleadings and papers in this action be served upon the undersigned.[1]

Dated: August 10, 2017          Respectfully Submitted,

                        */s/ Ronald D. Green*
                        Ronald D. Green, *pro hac vice*
                        RANDAZZA LEGAL GROUP, PLLC
                        4035 S. El Capitan Way
                        Las Vegas, NV 89147
                        Tel:   702-420-2001
                        Fax:   305-437-7662
                        Email: ecf@randazza.com

                        *Attorneys for Plaintiff,*
                        *Michael Krechmer*

---

[1]   Although undersigned counsel already appears for Plaintiff on this matter, due to the previously sealed nature of the case, counsel is filing the instant notice to ensure receipt of Notices of Electronic Filing, per the advice of this Court's ECF Help Desk.  No actual change of appearance is intended.

Case No. 16-cv-7820 (KBF)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 10, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF, or via electronic mail and U.S. Mail if necessary, upon:

Judd Burstein, Esq.
Peter B. Schalk, Esq.
5 Columbus Circle, Ste. 1501
New York, NY 10019
<jburstein@burlaw.com>
<pschalk@burlaw.com>
*Attorneys for Defendants*

Respectfully submitted,

Employee,
Randazza Legal Group, PLLC