UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL KRECHMER a/k/a                                    16-CV-7820 (KBF)
"Michael Malice," an Individual,

                      *Plaintiff*,

                                                          **NOTICE OF APPEARANCE**

   -against-

ANDREA K. TANTAROS, an individual; and
ASTERO, LLC, a New Jersey limited liability company,

                      *Defendants*.
------------------------------------------------------------------------X

       TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

       PLEASE TAKE NOTICE, that Judd Burstein, of Judd Burstein, P.C., is an attorney admitted to practice before the bar of this Court, and has entered his appearance as counsel for Defendants Andrea K. Tantaros and Astero, LLC in the above-captioned matter.

       Dated: August 10, 2017

                                                         Respectfully submitted,

                                                         JUDD BURSTEIN, P.C.

                                                         By: /s/ Judd Burstein
                                                            Judd Burstein (JB9585)
                                                     5 Columbus Circle, Suite 1201
                                                   New York, New York 10019
                                                   (212) 974-2400
                                                   jburstein@burlaw.com
                                                   *Attorneys for Defendants*
                                                   *Andrea K. Tantaros and*
                                                   *Astero, LLC*