```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
[UNDER SEAL],                                                :
                                                             :
                            Plaintiff,                       :
                                                             :
              -v-                                            :
                                                             :
[UNDER SEAL],                                                :
                                                             :
                            Defendant.                       :
                                                             :
------------------------------------------------------------ X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: <u>October 11, 2016</u> |

16-cv-7820 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

The Court has just received and not yet fully reviewed the file in this matter. The Court therefore extends the order sealing this matter until **Friday, October 14, 2016 at 5:00 p.m.** It further hereby extends the deadline for defendants to file an application to extend the seal until **Friday, October 14, 2016, at 9:30 a.m.**

SO ORDERED.

Dated:   New York, New York
         October 11, 2016

                                   _____
                                       KATHERINE B. FORREST
                                      United States District Judge