UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
[UNDER SEAL],

         Plaintiff,

    -v-              16-cv-7820 (KBF)

[UNDER SEAL],          ORDER

         Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 13, 2016

KATHERINE B. FORREST, District Judge:

  The Court has received the letters from counsel for defendants and counsel for plaintiff sent October 10, 2016, and October 11, 2016, respectively. While the Court would normally set an initial pretrial conference at this stage, it will wait to resolve the proposed motions. It is here by ordered that:

1. Defendants' motion for an expedited briefing schedule is GRANTED. Deadlines for briefing are as follows:

    a. **Wednesday, October 19, 2016**, for filing of defendants' motion to dismiss, if any, and for service of defendants' sanctions motion;

    b. **Thursday, October 27, 2016**, for filing of plaintiff's response to defendants' motion to dismiss;

    c. **Tuesday, November 1, 2016**, for filing of defendants' reply;

    d. **Thursday, November 10, 2016**, for filing of defendants' Rule 11 motion, if any;

    e. **Wednesday, November 16, 2016**, for filing of plaintiff's response to defendants' Rule 11 motion; and

    f. **Tuesday, November 22, 2016**, for filing of defendants' reply.

2. This case shall remain under seal until further order of this Court.

3. **Each time** a document is filed in this case it shall be individually numbered, and the submitting party must also file a letter on the public docket the same day noting the document number and the general nature of the submission.

SO ORDERED.

Dated:    New York, New York
             October 13, 2016

                                      KATHERINE B. FORREST
                                      United States District Judge