UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

[UNDER SEAL],

                         Plaintiff,

            -v-                         16-cv-7820 (KBF)

[UNDER SEAL],                           ORDER

                      Defendant.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 19, 2016

KATHERINE B. FORREST, District Judge:

      The Court has received the letter from counsel for plaintiff dated October 18, 2016, with plaintiff's request to dispense with hard-copy filings and to file by email only. The request is denied. The parties shall file physical copies of all documents under seal and provide courtesy copies to the Court. The parties may continue to provide electronic copies to the Court by email <u>in addition</u> to filing physical copies.

      SO ORDERED.

Dated:     New York, New York
            October 19, 2016

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge