AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| KRECHMER | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16 Civ 7820 |
| TANTAROS, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andrea Tantaros and Astero, LLC

Date:   11/01/2016

*Attorney's signature*

Peter B. Schalk, PS8257
*Printed name and bar number*

5 Columbus Circle, Suite 1501
New York, NY 10019

*Address*

pschalk@burlaw.com
*E-mail address*

(212) 974-2400
*Telephone number*

(212) 974-2944
*FAX number*