STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

EVAN SOLOMON, being sworn, deposes and says:

The deponent is not a party to this proceeding, is over 18 years of age, and resides in Brooklyn, New York. On November 1, 2016, I served the within **NOTICE OF APPEARANCE**, upon:

> RANDAZZA LEGAL GROUP, PLLC
> 100 Pearl Street, 14th Floor
> Hartford, CT 06103
> Jmw@randazza.com
> Ecf@randazza.com
> Attn: Jay M. Wolman

by sending a true copy thereof to counsel for Plaintiff, via EMAIL to the above-referenced email addresses, and via FED EX to the above-referenced address.

_____
EVAN SOLOMON

Sworn to before me this
1st Day of November, 2016

_____
Notary Public

Paul Guzman
Notary Public, State of New York
No. 01GU6081645
Qualified in Queens County
Commission Expires 10/15/2018