# JUDD BURSTEIN, P.C.
ATTORNEYS AT LAW

JUDD BURSTEIN*  
PETER B. SCHALK**  

———

G. WILLIAM BARTHOLOMEW**  
ALI R. JAFFERY**  

*ALSO ADMITTED IN CONNECTICUT  
**ALSO ADMITTED IN NEW JERSEY  

5 COLUMBUS CIRCLE  
1790 BROADWAY  
NEW YORK, NEW YORK 10019  
TEL: (212) 974-2400  
FAX: (212) 974-2944  
WWW.BURLAW.COM  

12 OLD HILL FARMS ROAD  
WESTPORT, CONNECTICUT 06880  
TEL: (203) 226-4823  

November 15, 2016

**VIA EMAIL and HAND DELIVERY – FILED UNDER SEAL**
Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    *Krechmer v. Tantaros, et al.* / Docket No. 16-cv-7820

Dear Judge Forrest:

      I write to request a very brief adjournment, to November 21, 2016, of the date for Defendants to file their reply papers in support of their Motion to Dismiss the Complaint (now converted into a summary judgment motion) and their Motion for a Preliminary Injunction.

      I finished an arbitration last Friday, November 11, 2016, and was ill until this morning, November 15, 2016. As a result, I lost significant time that I had planned to use to draft the papers that are due this Thursday and Friday, November 17 and 18, 2016.

      I asked Plaintiff's counsel for his consent to this adjournment, and he refused my request. I have enclosed our correspondence on this issue (which is redacted to avoid disclosing our discussion of another issue in this case) as Exhibit A hereto.

                                      Respectfully,

                                      Judd Burstein

Encl.

cc:    Jay M. Wolman, Esq. (via email; w/ encl.)