# EXHIBIT A

# Judd Burstein

| | |
|---|---|
| **From:** | Judd Burstein |
| **Sent:** | Tuesday, November 15, 2016 9:58 AM |
| **To:** | Jay M. Wolman |
| **Cc:** | Marc Randazza; Staff Two; Ron Green |
| **Subject:** | RE: Two things |

OK, I understand.  I would have been happy to adjust the schedule on your end, but so be it.


Judd Burstein
Judd Burstein, P.C.
5 Columbus Circle
New York, New York 10019
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell)

**NOTE:  THIS EMAIL IS BEING SENT FROM MY NEW YORK OFFICE.  PLEASE FIRST CALL THE OFFICE BEFORE CALLING MY CELL IF YOU NEED TO RESPOND BY TELEPHONE.**

**From:** Jay M. Wolman [mailto:jmw@randazza.com]
**Sent:** Tuesday, November 15, 2016 9:43 AM
**To:** Judd Burstein <JBurstein@BURLAW.COM>
**Cc:** Marc Randazza <mjr@randazza.com>; Staff Two <tar@randazza.com>; Ron Green <rdg@randazza.com>
**Subject:** Re: Two things

Dear Judd,

Thank you for reaching out to me; as previously indicated, please ensure you email my address of record ( ecf@randazza.com ) when making these types of request or otherwise giving notice.

[redacted]

As to your first point, I am sorry to hear you are under the weather.  You will find that I am generally inclined to extend courtesies, but I cannot do so to my prejudice.  The Thanksgiving holiday already limits my ability to respond, and I would be doing my client a disservice to agree to anything that extends when the pending issues will be resolved and the case unsealed.  Thus, while you should expect that I will likely assent to other such requests, I am unable to agree to this one.

Thank you.

Sincerely,
Jay Wolman

_____
**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
Tel: 702-420-2001 | Email: jmw@randazza.com
_____
\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable law.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or attached to this message is strictly prohibited.  If you have received this email in error, please immediately notify the sender and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without reading them.  Thank you.

On Mon, Nov 14, 2016 at 9:23 AM, Judd Burstein <JBurstein@burlaw.com> wrote:

> Jay:
>
> I think meeting each other definitely took the temperature down, and I think we can each cease our letter writing campaigns and deal cordially with each other as, I suspect, we usually deal with other lawyers.
>
> In that spirit, I write with respect to two matters:
>
> 1.  I just finished a trial on Friday, and my immune system collapsed.  I am feeling terribly ill.  Will you consent to moving the date for my sj and preliminary injunction papers to 11/21?  Needless to say, I will give appropriate courtesies to you if you ever need them (as is my practice anyway).
>
>