```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 2, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

[UNDER SEAL],

                              Plaintiff,

          -v-                                  16-cv-7820 (KBF)

[UNDER SEAL],                                  ORDER

                              Defendant.

------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

      The Court has reviewed the parties' letter submissions of November 1 and November 2, 2016. A conference to address the issues raised therein is hereby set for **Thursday, November 3, 2016, at 2:00 p.m.** The Court denies defendant's November 2, 2016, request for document production in relation to this conference. The conference shall take place in open court. Any party that wishes the courtroom to be sealed may make an appropriate application to the Court.

      As stated in the Court's October 13, 2016, order, papers filed on ECF in this case shall remain sealed until further order of the Court.

      SO ORDERED.

Dated:     New York, New York
            November 2, 2016

                                                KATHERINE B. FORREST
                                                United States District Judge