UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

[UNDER SEAL],

                     Plaintiff,

        -v-

[UNDER SEAL],

                     Defendant.

------------------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 3, 2016
```

16-cv-7820 (KBF)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

As discussed at the conference of November 3, 2016, a briefing schedule for defendant's anticipated motion, if any, is hereby set as follows:

1. Defendants' motion shall be filed not later than **Friday, November 18, 2016**.

2. Plaintiff's opposition to the motion shall be filed not later than **Friday, December 2, 2016**.

3. Defendant's reply to plaintiff's opposition shall be filed not later than **Friday, December 9, 2016**.

The Court shall endeavor to resolve the motion by **Thursday, December 15, 2016**. All filings shall remain under seal under further order of the Court.

SO ORDERED.

Dated:     New York, New York
              November 3, 2016

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge