UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

[UNDER SEAL],

                        Plaintiff,

         -v-                        16-cv-7820 (KBF)

[UNDER SEAL],                        ORDER

                        Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 15, 2016

KATHERINE B. FORREST, District Judge:

       Defendant's request for an extension to **Monday, November 21, 2016**, is granted. Plaintiff's deadline to oppose is extended to **Monday, December 5, 2016**. Defendant's deadline to reply shall remain **Friday, December 9, 2016**.

       SO ORDERED.

Dated:     New York, New York
             November 15, 2016

                                                     _____
                                                     KATHERINE B. FORREST
                                                   United States District Judge