# EXHIBIT A

**remaining payments**


Michael Malice <michaelmalice@gmail.com>  Mar 2
to Andrea

delivery: 45K total, 25K to agent ("Michael Malice") and 20K to me ("Michael Krechmer")
Publication: 45K total, 10K to agent and 35K to me
2017: 30K to me