# EXHIBIT B

Thursday, November 3, 2016 at 8:40:38 PM Eastern Daylight Time

**Subject:** remaining payments

**Date:** Wednesday, March 2, 2016 at 10:18:03 PM Eastern Standard Time

**From:** Michael Malice <michaelmalice@gmail.com>

**To:** Andrea Tantaros <atantaros@gmail.com>

delivery: 45K total, 25K to agent ("Michael Malice") and 20K to me ("Michael Krechmer")
Publication: 45K total, 10K to agent and 35K to me
2017: 30K to me

Best,
Michael Malice
michaelmalice.com
KimJongIlBook.com