```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL KRECHMER, a/k/a                     :
"Michael Malice," an individual,            :
                                            :
                    Plaintiff,              :     Case No.: 16-cv-7820 (KBF)
                                            :
        -against-                           :
                                            :     DECLARATION OF MICHAEL
ANDREA K. TANTAROS, an individual;          :            KRECHMER
and ASTERO, LLC, a New Jersey limited       :
liability company,                          :
                                            :
                    Defendants.             :
                                            :
------------------------------------------------------------x
```

I, MICHAEL KRECHMER, declare:

1. I am over 18 years of age and have first-hand knowledge of the facts set forth herein, and if called as a witness could and would testify competently thereto.

2. I am Plaintiff Michael Krechmer a/k/a "Michael Malice" in this matter, and I submit this declaration in support of Plaintiff's Presentation of Additional Evidence and Statement of Additional Material Facts in Opposition to Converted Motion for Summary Judgment ("Mr. Malice's Supplement"), as well as Plaintiff's Response to Defendants' Statement of Material Facts.

3. Attached to Mr. Malice's Supplement as <u>Exhibit 2</u> is a true and correct copy of the cover of the book Hughes, M. & Malice, M., Made in America: The Most Dominant Champion in UFC History (Simon Spotlight Entertainment 2008), as found at the URL <http://i1.wp.com/michaelmalice.com/wp-content/uploads/2016/08/71IwY8ss1mL-e1474508385334.jpg?fit=800%2C1200>.

4. Attached to Mr. Malice's Supplement as <u>Exhibit 4</u> is a true and correct copy of an email I received from Andrea Tantaros ("Tantaros") dated March 26, 2015 at 6:35 p.m.

5. Attached to Mr. Malice's Supplement as Exhibit 5 is a true and correct copy of an email I received from Tantaros dated March 29, 2015 at 9:05 p.m.

6. Attached to Mr. Malice's Supplement as Exhibit 6 is a true and correct copy of an email I received from Tantaros dated April 13, 2015 at 4:13 p.m.

7. Attached to Mr. Malice's Supplement as Exhibit 7 is a true and correct copy of an email I received from Tantaros dated April 15, 2015 at 2:34 p.m.

8. Attached to Mr. Malice's Supplement as Exhibit 8 is a true and correct copy of an email I received from Tantaros dated April 15, 2015 at 5:40 p.m.

9. Attached to Mr. Malice's Supplement as Exhibit 9 is a true and correct copy of the check number 2056798, paying me under the Collaboration Agreement, via my agent, The Gersh Agency.

10. Attached to Mr. Malice's Supplement as Exhibit 9.5 is a true and correct copy of an email from me dated May 4, 2015 at 9:51 p.m.

11. Attached to Mr. Malice's Supplement as Exhibit 10 is a true and correct copy of the check number 2057840, paying me under the Collaboration Agreement, via me agent, The Gersh Agency.

12. Attached to Mr. Malice's Supplement as Exhibit 11 is a true and correct copy of an email I received from Tantaros dated June 18, 2015 at 4:57 p.m.

13. Attached to Mr. Malice's Supplement as Exhibit 12 is a true and correct copy of a log of text messages between myself and Defendant Tantaros.

14. Attached to Mr. Malice's Supplement as Exhibit 13 is a true and correct copy of an email I received from Tantaros dated July 16, 2015 at 8:57 a.m..

15. Attached to Mr. Malice's Supplement as Exhibit 14 is a true and correct copy of email from me dated July 16, 2015 at 4:24 p.m.

16. Attached to Mr. Malice's Supplement as Exhibit 15 are true and correct copies of an email I received from Tantaros dated July 21, 2015 at 11:10 a.m. and an email I received from Tantaros dated July 28, 2015 at 1:51 p.m.

17. Attached to Mr. Malice's Supplement as <u>Exhibit 16</u> is a true and correct copy of an email I received from Tantaros dated July 28, 2015 at 5:36:04 p.m.

18. Attached to Mr. Malice's Supplement as <u>Exhibit 17</u> is a true and correct copy of email I received from Tantaros dated July 28, 2015 at 5:36:52 p.m.

19. Attached to Mr. Malice's Supplement as <u>Exhibit 18</u> is a true and correct copy of check number 989 from Tantaros, paying me under the Ghostwriting Agreement; it was not then my birthday and the check was not a birthday present.

20. Attached to Mr. Malice's Supplement as <u>Exhibit 19</u> is a true and correct copy of the Collaboration Agreement executed between the parties.

21. Attached to Mr. Malice's Supplement as <u>Exhibit 20</u> is a true and correct copy of an email I received from Tantaros dated August 3, 2015 at 9:25 a.m.

22. Attached to Mr. Malice's Supplement as <u>Exhibit 21</u> is a true and correct copy of an email I received from Tantaros dated August 5, 2015 at 5:44 p.m.

23. Attached to Mr. Malice's Supplement as <u>Exhibit 22</u> is a true and correct copy of an email from me dated August 10, 2015 at 5:00 p.m.

24. Attached to Mr. Malice's Supplement as <u>Exhibit 23</u> is a true and correct copy of an email from me dated August 31, 2015 at 8:50 p.m.

25. Attached to Mr. Malice's Supplement as <u>Exhibit 24</u> is a true and correct copy of an email I received from Tantaros dated September 18, 2015 at 1:31 p.m.

26. Attached to Mr. Malice's Supplement as <u>Exhibit 25</u> is a true and correct copy of an email I received from Tantaros dated October 30, 2015 at 2:18 p.m.

27. Attached to Mr. Malice's Supplement as <u>Exhibit 26</u> is a true and correct copy of an email I received from Tantaros dated September 18, 2015 at 2:50 p.m.

28. Attached to Mr. Malice's Supplement as <u>Exhibit 27</u> is a true and correct copy of an email I received from Tantaros dated September 27, 2015 at 9:02 p.m.

29. Attached to Mr. Malice's Supplement as <u>Exhibit 28</u> is a true and correct copy of an email from me dated October 4, 2015 at 10:30 p.m.

30. Attached to Mr. Malice's Supplement as <u>Exhibit 29</u> is a true and correct copy of an email I received from Tantaros dated October 4, 2015 at 10:47 p.m.

31. Attached to Mr. Malice's Supplement as <u>Exhibit 30</u> is a true and correct copy of an email I received from Tantaros dated January 11, 2016 at 1:17 p.m.

32. Attached to Mr. Malice's Supplement as <u>Exhibit 31</u> is a true and correct copy of an email from me dated January 11, 2016 at 11:22 p.m.

33. Attached to Mr. Malice's Supplement as <u>Exhibit 32</u> is a true and correct copy of an email I received from Tantaros dated January 12, 2016 at 10:57 a.m.

34. Attached to Mr. Malice's Supplement as <u>Exhibit 33</u> is a true and correct copy of relevant excerpts of the transcript of WhatsApp messages between myself and Defendant Tantaros.

35. Attached to Mr. Malice's Supplement as <u>Exhibit 34</u> is a true and correct copy of an email I received from Tantaros dated January 20, 2016 at 10:34 a.m.

36. Attached to Mr. Malice's Supplement as <u>Exhibit 35</u> is a true and correct copy of an email I received from Tantaros dated February 5, 2016 at 8:09 a.m.

37. Attached to Mr. Malice's Supplement as <u>Exhibit 36</u> is a true and correct copy of the acknowledgments page of *Tied Up In Knots*.

38. Attached to Mr. Malice's Supplement as <u>Exhibit 37</u> is a true and correct copy of an email I received from Tantaros dated February 21, 2016 at 4:02 p.m.

39. Attached to Mr. Malice's Supplement as <u>Exhibit 38</u> is a true and correct copy of an email I received from HarperCollins dated February 22, 2016 at 10:28 a.m.

40. Attached to Mr. Malice's Supplement as <u>Exhibit 39</u> is a true and correct copy of an email from me dated March 2, 2016 at 10:18 p.m.

41. Attached to Mr. Malice's Supplement as <u>Exhibit 40</u> is a true and correct copy of an email I received from Eric Meyers dated March 8, 2016 at 10:46 a.m.

42. Attached to Mr. Malice's Supplement as <u>Exhibit 41</u> is a true and correct copy of an email I received from Tantaros dated March 17, 2016 at 8:09 p.m.

43. Attached to Mr. Malice's Supplement as <u>Exhibit 42</u> is a true and correct copy of an email I received from Tantaros dated March 18, 2016 at 8:39 p.m.

44. Attached to Mr. Malice's Supplement as <u>Exhibit 43</u> is a true and correct copy of the attachment to an email I received from Tantaros dated March 17, 2016 at 8:09 p.m.

45. Attached to Mr. Malice's Supplement as <u>Exhibit 44</u> is a true and correct copy of an email I received from Tantaros dated March 21, 2016 at 9:06 a.m.

46. Attached to Mr. Malice's Supplement as <u>Exhibit 45</u> is a true and correct copy of the letter from Attorney Cane to me dated March 28, 2016.

47. Attached to Mr. Malice's Supplement as <u>Exhibit 46</u> is a true and correct copy of an email I received from Tantaros dated April 5, 2016 at 9:52 p.m.

48. Attached to Mr. Malice's Supplement as <u>Exhibit 47</u> is a true and correct copy of Attorney Heraty's letter to Attorney Cane dated March 29, 2016.

49. Attached to Mr. Malice's Supplement as <u>Exhibit 49</u> is a true and correct copy of the title page for *Tied Up in Knots*.

50. Attached to Mr. Malice's Supplement as <u>Exhibit 50</u> is a true and correct copy of the copyright information page for *Tied Up in Knots*.

I declare under penalty of perjury that the foregoing is true and correct.

Dated November 23, 2016.

_____
Michael Krechmer