

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,

   -against-

ANDREA K. TANTAROS, an individual;
ASTERO, LLC, a New Jersey limited
liability company,

               Defendants.
------------------------------------------------------------x

Case No.: 16-cv-7820 (KBF)

**ORDER ON MOTION FOR
ADMISSION *PRO HAC VICE***

    The motion of Ronald D. Green for admission to practice *Pro Hac Vice* in the above captioned action is granted.

    Applicant has declared that he is a member in good standing of the Bar of the State of Nevada, and that his contact information is as follows:

    Ronald D. Green, Esq.
    RANDAZZA LEGAL GROUP, PLLC
    4035 South El Capitan Way
    Las Vegas, Nevada 89147
    Tele: 702-420-2001
    Fax: 305-437-7662
    Email: rdg@randazza.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiff Michael Krechmer in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York.

/ /



/ /

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated  11/16/16  .

                                                    Hon. Katherine B. Forrest
                                                   United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,

  -against-

ANDREA K. TANTAROS, an individual;
ASTERO, LLC, a New Jersey limited
liability company,

               Defendants.
------------------------------------------------------------x

Case No.: 16-cv-7820 (KBF)

**MOTION FOR ADMISSION**
*PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Ronald D. Green, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff Michael Krechmer in the above-captioned action.

I am a member in good standing of the Bar of the State of Nevada, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: November 15 2016.

Respectfully Submitted,

Ronald D. Green
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tele:   702-420-2001
Fax:    305-437-7662
Email: ecf@randazza.com

*Attorneys for Plaintiff, Michael Krechmer
a/k/a "Michael Malice"*

Case No.: 16-cv-7820 (KBF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2016, I served a true and correct copy of the foregoing document via electronic mail and U.S. Mail upon counsel for Defendants identified below:

Judd Burstein, Esq.
<jburstein@burlaw.com>
Peter Schalk, Esq.
<PSchalk@burlaw.com>
5 Columbus Circle, Suite 1501
New York, NY 10019

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC

2

# State Bar of Nevada

## Certificate of Good Standing

IT IS HEREBY CERTIFIED that **Ronald D. Green**, Bar Number **7360**, was admitted by the Supreme Court of the State of Nevada on **9/29/2000** as an Attorney and Counselor at Law duly licensed to practice in all courts of the State of Nevada. It is further certified that **Ronald D. Green** is now an **Active** member of the State Bar of Nevada in good standing.

DATED Wednesday, November 02, 2016.

*Andrew Lyke*
Andrew Lyke
Member Services Administrator
State Bar of Nevada