| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

      PAUL GUZMAN, being sworn, deposes and says:

      The deponent is not a party to this proceeding, is over 18 years of age, and resides in Rego Park, New York.  On November 21, 2016,  I served the within **NOTICE OF MOTION, DECLARATIONS OF JUDD BURSTEIN AND ANDREA TANTAROS, MEMORANDA OF LAW, RULE 56.1 STATEMENT, AND RULE 56.1 COUNTER-STATEMENT**, upon:

      Jay M. Wolman
      Randazza Legal Group
      100 Pearl Street, 14th Floor
      Hartford, CT 06103
      Jmw@randazza.com
      Ecf@randazza.com

by sending a true copy thereof to counsel for Plaintiff via EMAIL, to the above referenced email addresses.

                                                                         PAUL GUZMAN

Sworn to before me this
22nd Day of November, 2016

Notary Public

      Evan Solomon
  Notary Public, State of New York
      No. 01SO6332038
    Qualified in Kings County
Commission Expires October 26, 2019