

**Re: 16-cv-7820 (Doe v. Doe) - order**

Judd Burstein   to: ForrestNYSDChambers@nysd.uscourts.gov   11/29/2016 09:38 AM
Cc: "ecf@randazza.com"

*U.S. DISTRICT COURT FILED AUG 0 9 2017 S.D. OF N.Y. DS*

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: NOV 29 2016*

| | |
|---|---|
| From: | Judd Burstein <JBurstein@BURLAW.COM> |
| To: | "ForrestNYSDChambers@nysd.uscourts.gov" <ForrestNYSDChambers@nysd.uscourts.gov> |
| Cc: | "ecf@randazza.com" <ecf@randazza.com> |

2 attachments

 
ATT00001.jpg  ATT00001.jpg

Dear Judge Forrest:

In light of Your Honor's Order, Defendants do not wish to withdraw any part of their Local Rule 56.1 Statement. However, I request the opportunity to file new responses to those portions of Plaintiff's Local Rule 56.1 Statement which Defendants had denied because the underlying exhibit was objected to on authenticity grounds. As matters stand now, those portions would be deemed admitted because Defendants' basis for their denials is no longer operative. Accordingly. I ask for leave to file an amended response to Plaintiff's Local Rule 56.1 Statement by Friday.

Respectfully,

Judd Burstein

*So ordered. 11/29/16*
*KBF, USDJ*

Sent from my Verizon 4G LTE Droid
On Nov 29, 2016 8:36 AM, ForrestNYSDChambers@nysd.uscourts.gov wrote:
Good morning,

Please see the attached order, which will be filed under seal in this matter.

Thank you.

[cid:_2_08A19BB009795C28004A9BD58525807A]
Chambers of Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
Email:  forrestnysdchambers@nysd.uscourts.gov<mailto:yotam_barkai@nysd.uscourts.gov>
Office:  212-805-0276

*****PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL*****

*(Generally, you should send letters and not email with content. Because this matter is sealed at the moment, I am allowing more flexibility with that).*