UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

[UNDER SEAL],

                         Plaintiff,

     -v-                                   16-cv-7820 (KBF)

[UNDER SEAL],                                   ORDER

                        Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 5, 2017

KATHERINE B. FORREST, District Judge:

      The Court has reviewed plaintiff's letter dated June 30, 2017, and filed July 5, 2017, discussing his intent to file a statement of relatedness between this action and Case No. 17-cv-2958 before the Honorable George B. Daniels. The Court notes that although plaintiff's letter was emailed to chambers after 5:00 p.m. on Friday, June 30, 2017 (the Friday evening before a long holiday weekend when the courthouse would remain closed until the following Wednesday), the letter was not filed until July 5, 2017. The Court therefore grants defendant until **Monday, July 10, 2017**, to file any response in accordance with the Court's Individual Rules.

      SO ORDERED.

Dated:     New York, New York
             July 5, 2017

                                                      KATHERINE B. FORREST
                                                      United States District Judge