UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

[UNDER SEAL],

                      Plaintiff,

         -v-                                     16-cv-7820 (KBF)

[UNDER SEAL],                                          ORDER

                      Defendant.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 25, 2017

KATHERINE B. FORREST, District Judge:

    The Court has reviewed the letters filed in this matter regarding plaintiff's intent to file a statement of relatedness in Case No. 17-cv-2958 before the Honorable George B. Daniels. Plaintiff asserts that there is a conflict between the sealing order in this matter and filing a related-case statement and seeks the Court's guidance.

    The Court does not perceive a conflict. Pursuant to Local Civil Rule 13(b)(3), if a third party believes a later-filed action is related to that party's earlier-filed action, any statement of relatedness is to be filed in the earlier-filed action, i.e., in this matter before this Court. The determination of relatedness would be made by this Court subject to review by the Case Assignment Committee. Therefore, plaintiff may file a statement of relatedness before this Court under seal regarding Case No. 17-cv-2958, and that would present no conflict with the seal in this matter.

The remainder of the parties' letters involve allegations and denials of seal violations. The appropriate vehicle for challenging alleged violations of this Court's orders is a motion for contempt. The Court will not adjudicate such a de facto motion via the rather unruly letter filings.

SO ORDERED.

Dated: New York, New York
July 25, 2017

                                                         KATHERINE B. FORREST
                                                         United States District Judge