U.S. DISTRICT COURT
FILED
AUG 0 9 2017
DS
S.D. OF N.Y.

 RE: 16-cv-7820 (Doe v. Doe) - opinion & order
Judd Burstein
to:
Jay M. Wolman, ForrestNYSDChambers@nysd.uscourts.gov
07/31/2017 04:33 PM
Cc:
Staff Two, Ron Green
Hide Details
From: Judd Burstein <JBurstein@BURLAW.COM>

To: "Jay M. Wolman" <jmw@randazza.com>,
"ForrestNYSDChambers@nysd.uscourts.gov"
<ForrestNYSDChambers@nysd.uscourts.gov>

Cc: Staff Two <tar@randazza.com>, Ron Green <rdg@randazza.com>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   August 1, 2017

ORDER

Post to docket.

SO ORDERED.
August 1, 2017

1 Attachment

image001.jpg

Dear Judge Forrest:

In light of Mr. Wolman's recent email and copies of redacted prior submissions to the Court, I have conferred
with my client and ask Your Honor to stay the unsealing until Friday only because I believe that there are other
references and even attachments of the purported text message in submissions I made to the Court, as well as
possible discussions of it by opposing counsel.  Redacting those references are clearly within the spirit of the
stipulation, which would be rendered meaningless if the same information shows up in another document in the
public record.  I therefore ask for the opportunity to have my office search through every filing to ensure proper
redactions which I would share with Mr. Wolman in the anticipation that we can agree that the redactions are
appropriate.  So long as the redactions are complete, my client will neither be appealing Your Honor's Order or
asking Your Honor or the Court of Appeals for any further stay of the unsealing.

I called Mr. Wolman, but he was unavailable.  Given the hour, I am not able to convey whether he consents to
this application

Respectfully yours,

Judd Burstein

KATHERINE B. FORREST
United States District Judge

Judd Burstein, P.C.
1790 Broadway
New York, New York 10019
(212) 974-2400
(212) 974-2944 (Fax)
(917) 687-2981 (Cell)

**From:** Jay M. Wolman [mailto:jmw@randazza.com]
**Sent:** Monday, July 31, 2017 2:19 PM
**To:** ForrestNYSDChambers@nysd.uscourts.gov
**Cc:** Judd Burstein <JBurstein@BURLAW.COM>; Staff Two <tar@randazza.com>; Ron Green
<rdg@randazza.com>
**Subject:** Re: 16-cv-7820 (Doe v. Doe) - opinion & order

Dear Judge Forrest,

In light of the pending unsealing of this action, the Court may recall a stipulation and order made at the
November 3, 2016 hearing. See Transcript at 11:12-12:9. Pursuant to that stipulation and order, certain
materials were to be docketed on the public record with partial redactions.

In furtherance thereof, please find enclosed the redacted copies of the Complaint, Plaintiff's Letter of October
11, 2016, and Exhibit 12 to Plaintiff's November 4, 2016 Statement of Additional Evidence to be filed on the
public record, with the unredacted versions remaining under seal. Per my telephonic inquiry to Chambers, these
documents are only being transmitted by e-mail as the Court already possesses the original unredacted versions.

Sincerely,
Jay Wolman
Counsel for Plaintiff

**Jay Marshall Wolman, CIPP/US, Counsel**\*
**Randazza Legal Group, PLLC**
100 Pearl Street, 14th Floor | Hartford, CT 06103
Tel: 702-420-2001 | Email: jmw@randazza.com

\* Licensed to practice law in Connecticut, Massachusetts, New York and the District of Columbia.

The information contained in this message may be privileged, confidential and/or exempt from disclosure under applicable
law. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient,
you are hereby notified that any use, dissemination, distribution or reproduction of any information contained herein or
attached to this message is strictly prohibited. If you have received this email in error, please immediately notify the sender
and destroy the original transmission and its attachments in their entirety, whether in electronic or hard copy format, without
reading them. Thank you.

On Thu, Jul 27, 2017 at 3:36 PM, <ForrestNYSDChambers@nysd.uscourts.gov> wrote:

> Counsel,
>
> Please see the attached Opinion & Order, which was filed under seal in this matter today.
>
> Thank you.



**Chambers of Hon. Katherine B. Forrest**

United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007
Email: forrestnysdchambers@nysd.uscourts.gov
Office: 212-805-0276

*****PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS E-MAIL*****