# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,

-against-

ANDREA K. TANTAROS, an individual;
and ASTERO, LLC, a New Jersey limited
liability company,

                Defendants.
-----------------------------------------------------------x

**16 CV 7820**

Case No.: **JUDGE FORREST**

[~~PROPOSED~~] **ORDER ON**
***EX PARTE* MOTION TO FILE**
**UNDER SEAL**

AND NOW, this 6TH day of October 2016, upon consideration of the *Ex Parte* Motion filed by Plaintiff MICHAEL KRECHMER a/k/a "Michael Malice" to file the Complaint and exhibits thereto under seal, it is hereby

ORDERED that the Clerk of the Court is directed to file the ~~Civil Cover Sheet, Complaint,~~ above-captioned case, ~~and the said Motion~~ filed this date, ~~and all exhibits thereto,~~ under seal, ~~as well as any document filed by Plaintiff henceforth that divulges his role under the Collaboration Agreement between the parties~~ for a period of 7 days, and to unseal it absent further Order of the assigned Judge. Plaintiff is then Ordered to notify Defendants of this Order. Any application by Defendants to extend the seal beyond 7 days must be made by 9:30AM on October 11, 2016.

SO ORDERED.

Date: 10/6/16
White Plains, New York

_Cathy Seibel_
United States District Judge