# EXHIBIT E



Marc J. Randazza, JD, MAMC, LLM
Licensed in AZ, CA, FL, MA, NV

**27 May 2016**

<u>Via Email Only</u>
<jcane@arendsencane.com>

ARENDSEN CANE MOLNAR LLP
Joseph C. Cane, Jr.
12400 Wilshire Blvd., Suite 1180
Los Angeles, CA 90025

    *Re:*    *Malice v. Tantaros*

Dear Mr. Cane:

This law firm has the privilege of serving as counsel to Michael Malice. We are in receipt of your demand letter dated March 28, 2016. We find it curious that you have sent a letter to our client threatening to take action against him for violating an agreement; meanwhile, there is no mention of the substantial payment owed to my client pursuant to that same agreement. Mr. Malice is yet owed at least $25,000 for writing the book, *Tied Up in Knots*.

At this stage, Copyright Law mandates that he is the current owner of *Tied Up in Knots*. As you may or may not be aware, the initial author of the work is the owner of the copyright. This can easily be modified through a contract. However, it does not appear that your client performed under the original Collaboration Agreement, namely by paying my client. That failure to perform constituted a material breach of the agreement. Therefore, in the absence of this payment, it is our position that Mr. Malice now owns the book, all the proceeds thereto, the publication rights, the translation rights, public performance rights, and all other related rights, both in the United States and abroad.

At this point, I think we have additional items to talk about. Therefore, I'd like to invite you to provide basis for your client to claim authorship over *Tied Up in Knots*. Moreover, I would like to put you on notice that if my client does not feel he has been financially satisfied for his work on this project, according to the Collaboration Agreement and any subsequent agreements that may have modified it, you should expect my client to begin sending DMCA notices to every outlet that is selling the book as he does (as formally mentioned) continue to maintain the copyright to this work.

//

//

Malice v. Tantaros
Page 2 of 2



I would be delighted to speak with you of this and any other matters you may find interesting at your convenience. You can reach me at my Las Vegas office by calling 702.420.2001. Thank you.

Sincerely,

Marc J. Randazza

cc: Ron Green <rdg@randazza.com>