# EXHIBIT F



Marc J. Randazza, JD, MAMC, LLM
Licensed in AZ, CA, FL, MA, NV

7 June 2016

<u>Via Email and U.S. Mail</u>
<jonathan.burnham@harpercollins.com>

Jonathan Burnham
HARPERCOLLINS PUBLISHERS
195 Broadway
New York, NY 10007

      Re:    *Michael Malice adv. Andrea Tantaros*

Dear Mr. Burnham:

This law firm has the privilege of representing Michael Malice with regard to intellectual property issues. Mr. Malice has asked us to contact you with respect to HarperCollins' publication of *Tied Up in Knots* on or about April 26, 2016. The book was purportedly written by Andrea Tantaros, and it is our understanding that, in your agreement with Ms. Tantaros, she represented that she owned the copyright to the manuscript and had the legal right to include everything contained in the book. She did not.

On or about April 15, 2015, Ms. Tantaros and her company, Astero, LLC ("Astero") contracted with Mr. Malice to procure his editing services on *Tied Up in Knots*. Subsequently, on or about July 25, 2015, his role was further expanded to ghostwriting the book with the promise of significantly more compensation. Mr. Malice performed each and every task required of him pursuant to the Collaboration Agreement. Ms. Tantaros and Astero accepted and approved the work that Mr. Malice performed for them on or about January 11, 2016.

Unfortunately, Ms. Tantaros and Astero have not abided by their obligations under the Collaboration Agreement and have failed to pay Mr. Malice at least $25,000 that he is owed for editing and writing *Tied Up in Knots*. Mr. Malice has demanded full payment from Ms. Tantaros and Astero on numerous occasions. However, his demands have been ignored.

As you are likely aware, because he has not been paid the amounts owed him, U.S. copyright law mandates that Michael Malice is the current owner of *Tied Up in Knots* as its initial author. While ownership of a work can easily be modified through contract, Ms. Tantaros and Astero have failed to honor their obligations under the Collaboration Agreement by not paying our client. That failure to pay was a material breach of the agreement. In the absence of payment, it is Mr. Malice's position that he owns the book, including all proceeds therefrom, the publication rights, the translation rights, the public performance rights, and all other related rights, both in the United States and around the world.

Michael Malice adv. Andrea Tantaros
Page 2 of 2



Given that HarperCollins' has published and is selling our client's work without his permission, Mr. Malice believes that you are in breach of his copyright. As such, Mr. Malice has the right to send takedown requests pursuant to the Digital Millennium Copyright Act (the "DMCA") to every retailer currently selling the book in physical or digital formats. However, he realizes that HarperCollins is likely unaware that Ms. Tantaros and Astero misrepresented their ownership of the manuscript to HarperCollins and hopes that it is not necessary for him to escalate the situation.

In other words, Mr. Malice would like to reach an amicable resolution of this matter with HarperCollins. Since neither Ms. Tantaros nor her counsel have been willing to discuss this matter with Mr. Malice and his counsel, he has been forced to turn to you. If HarperCollins agrees to pay Mr. Malice a sum totaling the entire advance (i.e., $500,000) and his reasonable attorneys' fees and costs within 7 days of the date of this correspondence, Michael Malice will not escalate the current dispute by issuing DMCA takedown requests regarding the book or take legal action against HarperCollins.

If you have any questions or would like to discuss any of the contents of this letter, please do not hesitate to contact us at your convenience.

Sincerely,

Marc J. Randazza

cc:   Joseph C. Cane    <jcane@arendsencane.com>
      Ron Green         <rdg@randazza.com>