# EXHIBIT 2

Cover of the Book
Hughes, M. & Malice, M., Made in America:
The Most Dominant Champion in UFC History
(Simon Spotlight Entertainment 2008)

