# EXHIBIT B



**IMAGE ANALYSIS REMARKS**


Cycura's forensic and mobile experts were provided an image (partial reference content: "▉▉▉▉▉ ▉▉▉▉") to review in relation to an ongoing legal case involving Ms. Andrea Tantaros. The image was reviewed by forensic, security and mobile experts Arrigo Triulzi, Thomas Roth and Iain Paterson. Mr. Triulzi is one of the original creators of the SANS Forensic certifications and materials; Mr. Roth has worked with Samsung, Nokia, Apple and other multinational firms **and intelligence agencies** on mobile device security design; Mr. Paterson has been extensively trained in forensic analysis and device security.

During our evaluation of the purported text message provided by the legal counsel of Ms. Andrea Tantaros, Cycura observed the following technical and procedural irregularities, which, in our opinion - as internationally-recognized forensic and cyber-security experts - are alarming, and warrant further investigation of all such (alleged) digital messages provided to the court:

(1) Most importantly, **the image provided does not match the known resolution, configuration, color depth or layout of** *any* **current mobile phone system, or messaging platform available in North American markets.**

(2) The image lacks any of the required metadata, supporting carrier or application logs, EXIF data and device data that are required to definitively assure the veracity of the image in a legal environment.

 (3) Our analysis shows numerous objective artifacts attributable to "fake messenger" applications which would allow a malicious person(s) to generate messages such as this for nefarious purposes. These applications are widespread and have capabilities which include altering the layout and appearance of the screen in ways which mirror our observed inconsistencies.

It is our strong opinion that the image provided is a forgery, likely generated by one of the aforementioned "fake messenger" applications, and fails to meet the minimum standards required for forensically sound evidence.


As witnessed by:

Name: Iain Paterson
Title: Managing Director
Company: Cycura Inc.


Signature:  _____

Dated: July 30, 2017