```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
MICHAEL KRECHMER, a/k/a                                      :
"MICHAEL MALICE,"                                            :
                                  Plaintiff,                 :      16-cv-7820 (KBF)
                                                             :
                    -v-                                      :           ORDER
                                                             :
ANDREA K. TANTAROS and                                       :
ASTERO, LLC,                                                 :
                                  Defendants.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 28, 2017

KATHERINE B. FORREST, District Judge:

The Court is in receipt of plaintiff's letter dated August 25, 2017, and in which plaintiff identifies certain documents missing from the public docket. After a diligent search, the Court has determined that the original complaint in this action, originally filed under seal at ECF No. 2, is not present in its files.[1] Accordingly, plaintiff is directed to refile the complaint—with appropriate redactions—on the public docket.

SO ORDERED.

Dated:   New York, New York
         August 28, 2017

                                                _____
                                                KATHERINE B. FORREST
                                                United States District Judge

---

[1] The Court notes, however, that a copy of the complaint is currently available on the public docket at ECF No. 98-2.