UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,                    Case No.: 16-cv-7820 (KBF)

      -against-

                                        **NOTICE OF FILING**

ANDREA K. TANTAROS, an individual;
and ASTERO, LLC, a New Jersey limited
liability company,

               Defendants.
------------------------------------------------------------x

      Pursuant to the Order of August 28, 2017, ECF No. 110, Plaintiff hereby gives notice that he has caused to be filed a redacted copy of his Verified Complaint and Jury Demand at ECF No. 111.

Dated: August 31, 2017                    Respectfully Submitted,

                                                  */s/ Jay M. Wolman*
                                                 Jay M. Wolman (JW0600)
                                               RANDAZZA LEGAL GROUP, PLLC
                                               100 Pearl Street, 14th Floor
                                               Hartford, CT 06103
                                               Tel:  702-420-2001
                                               Fax: 305-437-7662
                                               Email: ecf@randazza.com

                                               Ronald D. Green, *pro hac vice*
                                               RANDAZZA LEGAL GROUP, PLLC
                                               4035 S. El Capitan Way
                                               Las Vegas, NV 89147
                                               Tel:  702-420-2001
                                               Fax: 305-437-7662
                                               Email: ecf@randazza.com

                                               *Attorneys for Plaintiff,*
                                               *Michael Krechmer*

Case No. 16-cv-7820 (KBF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF, or via electronic mail and U.S. Mail if necessary, upon:

> Judd Burstein, Esq.
> Peter B. Schalk, Esq.
> 5 Columbus Circle, Ste. 1501
> New York, NY 10019
> <jburstein@burlaw.com>
> <pschalk@burlaw.com>
>
> *Attorneys for Defendants*

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC