UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MICHAEL KRECHMER, a/k/a
"MICHAEL MALICE,"

                            Plaintiff,

-v-

ANDREA K. TANTAROS and
ASTERO, LLC,

                            Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 29, 2017

16-cv-7820 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court has received defense counsel's motion to withdraw and to stay this action dated September 22, 2017. The Court hereby ORDERS that:

- Defense counsel's motion to stay the action for 60 days is DENIED. The parties are advised that discovery in this action should be ongoing.

- Before effectuating his withdrawal, defense counsel is directed to advise Ms. Tantaros that Astero, LLC, as a limited liability company, may not proceed pro se in this Court. Accordingly, new counsel must file an appearance on behalf of Astero, LLC not later than **Friday, October 13, 2017** or Astero, LLC will be in a default position.

- Mr. Burstein shall serve a copy of this order on his client and certify to the Court that he has done so. At that point, the Court shall effectuate his withdrawal.

SO ORDERED.

Dated:   New York, New York
         September 29, 2017

                                                KATHERINE B. FORREST
                                                United States District Judge