UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

                Plaintiff,                16 Civ. 7820 (KBF)

                - against -

                                        **NOTICE OF APPEARANCE**

ANDREA K. TANTAROS, an individual;
and ASTERO, LLC, a New Jersey limited
liability company,

                Defendants,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Martha B. Stolley, a partner at Morgan, Lewis & Bockius LLP admitted to practice in this Court, hereby enters an appearance in this action as counsel for Defendants Andrea Tantaros, and Astero, LLC.

Dated:  New York, New York         MORGAN, LEWIS & BOCKIUS LLP
         September 29, 2017

                                          By:  */s/ Martha B. Stolley*
                                              Martha B. Stolley
                                      101 Park Avenue
                                      New York, New York 10178-0060
                                      Tel: (212) 309-6858
                                      Fax: (212) 309-6001
                                      martha.stolley@morganlewis.com

                                      *Attorneys for Defendants Andrea Tantaros*
                                      *and Astero, LLC.*