*ORIGINALLY FILED IN ENVELOPE # 18*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL KRECHMER, a/k/a
"Michael Malice," an individual,

        Plaintiff,

-against-

ANDREA K. TANTAROS, an individual;
and ASTERO, LLC, a New Jersey limited
liability company,

        Defendants.
-----------------------------------------------------------x

Case No.: 16-cv-7820 (KBF)

**PLAINTIFF MICHAEL KRECHMER'S OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT AND FOR RELATED RELIEF**

*Ordered*: As to the motion at ECF: This is a contract case, not a copyright case. Plaintiff does not hold, and has apparently never applied for, a federal copyright for the work at issue. Plaintiff asserts that he can plead a basis for diversity jurisdiction. Accordingly, plaintiff is granted one final opportunity to replead as alleging presumably (contract or other non-copyright (and no DMCA/ copyright-dependent) claims) (along with a basis for diversity jurisdiction). Plaintiff must file any amended complaint not later than Oct. 11, 2017. /s/ KBF Joe USDJ 9/29/17