# **EXHIBIT 2**

Email from Process Server
to Andrea Tantaros
dated October 7, 2016



Trey Rothell <tar@randazza.com>

## "Krechmer v. Tantaros - Service of Court Documents"

**Process Service** <ps@undisputedlegal.com>  Fri, Oct 7, 2016 at 12:28 PM
To: atantaros@gmail.com
Cc: Trey Rothell <tar@randazza.com>

Dear Ms. Tantaros,

We attempted to serve you at your residence at 154 W. 70th Street, but we were told you no longer reside there. No forwarding information was provided. Enclosed, please find a true copy of the documents initiating the matter of *Krechmer v. Tantaros, et al.*, 16-civ-7820, pending under seal as *Doe v. Doe, et al.*, in the U.S. District Court for the Southern District of New York.

Please feel free to contact Plaintiff's attorney, Jay Wolman of Randazza Legal Group, with any questions: 702-420-2001 or jmw@randazza.com .
Thank you.

Sincerely,

Process service department
Undisputed Legal Inc.,

Process Service
**Undisputed Legal Inc.**
"When You Want It Done Right The First Time"
Direct (212) 203-8001 |Toll Free (800) 774-6922
Website: www.Undisputedlegal.com | Email ps@undisputedlegal.com

Office Locations:
**New York** | 590 Madison Avenue, 21st Floor, New York, New York 10022
**Brooklyn** | 300 Cadman Plaza West, One Pierrepont Plaza, 12th Floor, Brooklyn New York 11201
**Queens** | 118-35 Queens Boulevard, Suite 400, Forest Hills, New York 11375
**Long Island** | 626 RXR Plaza, 6th Floor, Uniondale, New York 11556
**Westchester** | 50 Main Street, 10th Floor, White Plains, New York 10606
**Connecticut** | 500 West Putnam Avenue, Suite 400, Greenwich, Connecticut 06830

Confidentiality Notice: The information contained in this electronic mail is personal, confidential and is intended only for the person or persons named above and may contain confidential client information. If the reader of this message is not the recipient named above or an authorized agent of such recipient responsible for delivering it to the intended recipient, you are hereby notified that you have received this electronic mail in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify Brian Ricks at BR@UndisputedLegal.com immediately by electronic mail and delete the original message or any copy thereof, whether electronic or hard copy.



**Tantaros Service Package.pdf**
3586K