UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

MICHAEL KRECHMER, a/k/a
"MICHAEL MALICE,"

                         Plaintiff,

        -v-

ANDREA K. TANTAROS and
ASTERO, LLC,

                        Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 13, 2017

16-cv-7820 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The Court has received plaintiff's Amended Complaint dated October 11, 2017. (ECF No. 123.) The Court hereby ORDERS the following:

1. Defendants are directed to inform the Court whether they intend to move to dismiss the Amended Complaint not later than **Thursday, October 19, 2017**. In all events, fact discovery should be <u>ongoing</u>.

2. If Defendants do intend to file a motion to dismiss the Amended Complaint, such motion shall be briefed according to the following schedule:

    a. Opening motion to dismiss not later than **Thursday, November 2, 2017**.

    b. Opposition not later than **Thursday, November 16, 2017**.

c. Reply not later than **Tuesday, November 28, 2017**.

3. A conference to set a trial date is hereby set for **Friday, November 17, 2017 at 3:00 p.m.**

SO ORDERED.

Dated:   New York, New York
         October 13, 2017

                                                     KATHERINE B. FORREST
                                                     United States District Judge