UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL KRECHMER, a/k/a
"MICHAEL MALICE,"

               Plaintiff,

              - against -

ANDREA K. TANTAROS and
ASTERO, LLC,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16 Civ. 7820 (KBF)

### DECLARATION OF MARTHA B. STOLLEY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

1. I am a partner at the law firm of Morgan, Lewis & Bockius, LLP, counsel for Defendants in the above-captioned action. I have personal knowledge of the matters set forth herein. I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

2. A true and correct copy of Ms. Tantaros' declaration in response to Plaintiff's Local Rule 26.1 demand, dated November 1, 2016, is attached hereto as Exhibit 1.

3. A true and correct copy of a partially redacted print-out from the New York State Board of Elections web site, retrieved on November 1, 2017, is attached hereto as Exhibit 2.

4. A true and correct copy of the Second Amended Complaint filed in *Astero, LLC v. Talk Radio Network Entertainment, Inc.*, No. 1:13-cv-06005 (D.N.J.), dated November 4, 2013 (excluding exhibits attached thereto), is attached hereto as Exhibit 3.

5. A true and correct copy of a print-out from Spokeo's web site, retrieved on November 1, 2017, is attached hereto as Exhibit 4.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 2, 2017
               New York, New York

                                        By:   */s/ Martha B. Stolley*
                                              Martha B. Stolley