# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL KRETCHMER, a/k/a
Michael Malice,

                    *Plaintiff,*                Case No. 16-civ-7820 (KBF)

            -- against --                    **FILED UNDER SEAL**

ANDREA TANTAROS and ASTERO, LLC.

                    Defendants.
-----------------------------------------------------------X

**ANDREA TANTAROS** hereby declares under penalty of perjury:

1. I am one the Defendants in this action.

2. I submit this Declaration in response to Plaintiff's Demand pursuant to Local Rule 26.1.

3. Although I rent a vacation home in New Jersey at which I reside on occasion, my primary residence is in New York State, the State in which, among other things, I rent an apartment, I am registered to vote, I pay city and state taxes, I register my car and pay insurance.

4. Astero, LLC, the other Defendant in this case is a limited liability corporation organized under the laws of the State of New Jersey. I am the sole member of Astero, LLC.

                                                                 */s/ Andrea Tantaros*
                                                                  ANDREA TANTAROS

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 1, 2016 in the United States of America.