UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

MICHAEL KRECHMER, a/k/a
"MICHAEL MALICE,"                                      :

                                     Plaintiff,       :        16 Civ. 7820 (KBF)

                           - against -                           :

ANDREA K. TANTAROS and
ASTERO, LLC,                                          :

                               Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF ANDREA TANTAROS

I, Andrea Tantaros, declare as follows:

      1.    I am over eighteen years old and I am competent to submit this declaration, which is based on my personal knowledge. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

      2.    Attached hereto as Exhibit 1 is a partially redacted excerpt of my 2016 federal tax return.

      3.    Attached hereto as Exhibit 2 is a partially redacted excerpt of my 2016 New York State tax return.

      4.    Attached hereto as Exhibit 3 is a partially redacted copy of my current driver's license.

      5.    Attached hereto as Exhibit 4 is a partially redacted copy of my current car insurance identification card.

      6.    Attached hereto as Exhibit 5 are partially redacted photographs of my New York license plate and car registration sticker.

7.      Attached hereto as Exhibit 6 is a partially redacted copy of my bank statement covering the period of 8/25/2017 to 9/27/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 2, 2017

By: _____
                    Andrea Tantaros