# Exhibit 1



| SCHEDULE C (Form 1040) | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Sole Proprietorship) ▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2016** Attachment Sequence No. |

Name of proprietor: ANDREA E TANTAROS

Social security number (SSN): Redacted

**A** Principal business or profession, including product or service (see instructions): MEDIA CONSULTING

**B** Enter code from instructions: Redacted

**C** Business name. If no separate business name, leave blank: ASTERO LLC

**D** Employer ID number (EIN), (see instr.): 4 Redacted

**E** Business address (including suite or room no.) ▶ Redacted
City, town or post office, state, and ZIP code: New York, NY Redacted

Redacted

**Part I   Income**

Redacted

For Paperwork Reduction Act Notice, see the separate instructions.
EEA

Schedule C (Form 1040) 2016