# Exhibit 2




Department of Taxation and Finance

# Resident Income Tax Return

**New York State • New York City • Yonkers • MCTMT**

# IT-201

**For the full year January 1, 2016, through December 31, 2016, or fiscal year beginning ...** 16

**and ending ...**

**For help completing your return, see the instructions, Form IT-201-I.**

| Your first name | MI | Your last name *(for a **joint return**, enter spouse's name on line below)* | Your date of birth *(mmddyyyy)* | Your social security number |
|---|---|---|---|---|
| ANDREA | E | TANTAROS | Redacted | |
| Redacted | | | | |

| Mailing address *(**see instructions, page 13**) (number and street or PO box)* | Apartment number | New York State county of residence |
|---|---|---|
| Redacted | | NEW YORK |

| City, village, or post office | State | ZIP code | Country *(if not United States)* | School district name |
|---|---|---|---|---|
| NEW YORK | NY | Redacted | | MANHATTAN |




*For office use only*