# Exhibit 3

NEW YORK STATE
USA
DRIVER LICENSE
Class D
Redacted
TANTAROS
ANDREA
Redacted
NEW YORK, NY Redacted
Redacted
Expires 12/30/2024
RedactedRedacted
Issued 05/14/2016
Redacted
Redacted
EXCELSIOR

