# Exhibit 6

Redacted Redacted

For the Period 8/25/17 to 9/27/17

ANDREA K TANTAROS
Redacted
NEW YORK NY Redacted

Redacted

**Banking Account(s)**

Redacted

Redacted

For the Period 8/25/17 to 9/27/17

**Consolidated Summary**

Redacted