UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
MICHAEL KRECHMER, a/k/a "Michael Malice", an individual,  :
                                                          :
                           Plaintiff(s),                  :
                                                          :      16   Civ. 7820   (KBF)
            -v-                                           :
ANDREA K. TANTAROS, an individual; and                    :      SCHEDULING ORDER
ASTERO, LLC, a New Jersey limited liability company,      :
                           Defendant(s).                  :
------------------------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

The parties propose the following schedule for this matter:

1. All parties [do ☐ / do not ☑] consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.[1]

2. Amended pleadings may not be filed, and no party may be joined, without leave of Court more than 10 days after the filing of this Order or the filing of a responsive pleading, whichever occurs first.

3. Close of fact discovery: May 16, 2018. **[within 6 months unless the case is particularly complex]**

4. Close of expert discovery: June 11, 2018. **[25 days after the close of fact discovery for all but the most complex cases; for particularly complex cases, 60 days after the close of fact discovery; the parties are to negotiate interim dates regarding expert witnesses]**

   The parties contemplate experts in this matter for the following subject(s): Authorship; Book Marketing Projections.

5. **[For F.L.S.A. actions only]** Plaintiff(s) [do ☐ / do not ☐] anticipate making a motion for conditional certification of a collective action under 29 U.S.C. § 216(b). Plaintiff(s) shall include a proposed notice with the opening brief.

---

[1] If all parties so consent, they should execute a consent form (available at http://www.nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge) and submit it to the Court via e-mail, along with this proposed order.

Section 216(b) proposed briefing schedule:
Opening: _____ [30 days after initial conference]
Opp'n: _____ [21 days after opening brief]
Reply: _____ [7 days after opposition brief]

6. Motions may be brought at any time. The last opportunity to file any motion (other than in limine and Daubert motions) are set forth below.

   Proposed briefing schedule:
   Opening: May 30, 2018 [no later than 14 days following item 3]
   Opp'n: June 20, 2018 [generally 21 days after opening brief]
   Reply: June 27, 2018 [generally 7 days after opposition brief]

7. Trial [will ✓ / will not ☐ ] be before a jury.[2]

**DO NOT FILL IN BELOW. THE COURT WILL SET ITEMS 8-11.**

8. The next status conference is set for 2/6/18 at 1:30pm (telephonic)

9. Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due: _____.

10. The Final Pretrial Conference ("FPTC") is set for _____ at _____.

    Motions in limine are due two weeks before FPTC; oppositions are due one week later. Daubert motions are due four weeks before FPTC; oppositions are due two weeks later. (No replies.)[3]

11. Trial in this matter shall commence on 9/10/18. Trial is anticipated to take _____ [days / weeks].

**Settlement discussions must occur in parallel to this schedule (schedule will not be adjourned, except in very unusual situations, for settlement discussions).**

SO ORDERED.
Dated: New York, New York
       11/17, 2017

                                        /s/ KB Forrest
                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge

---

[2] Checking this box does not constitute a formal jury demand under Fed. R. Civ. P. 38(b). It serves a purely administrative function.

[3] Deadlines for motions in limine and Daubert motions are generalized and subject to change. The parties may request to modify the schedule if desired.