UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
: 
MICHAEL KRECHMER, a/k/a :
"MICHAEL MALICE," :
 :
                 Plaintiff, : 16 Civ. 7820 (KBF)
 :
      - against - :
 :
ANDREA K. TANTAROS and :
ASTERO, LLC, :
 :
               Defendants. :
------------------------------------x

## REPLY DECLARATION OF ANDREA TANTAROS

I, Andrea Tantaros, declare as follows:

      1.    I am over eighteen years old and I am competent to submit this declaration, which is based on my personal knowledge. I submit this declaration in support of Defendants' Reply in Further Support of Their Motion to Dismiss Plaintiff's Amended Complaint.

      2.    I hereby adopt the entirety of my Local Civil Rule 26.1 Declaration dated November 1, 2016, which is attached as Exhibit 1 to the Declaration of Martha B. Stolley, dated November 2, 2017.

      3.    I understand that Plaintiff takes issue with my Local Civil Rule 26.1 Declaration, dated November 1, 2016, for not stating that I am "domiciled" in the State of New York. I am not an attorney and cannot state whether as a legal conclusion my circumstances render me a "domiciliary" of New York for purposes of federal diversity jurisdiction.

      4.    I consider New York to be my permanent state of residence and citizenship. I intend to remain a citizen of New York, including maintaining my driver's license,

DB1/ 94477851.1

car registration, car insurance, voter registration, and bank account in New York. I also intend to continue filing my federal and state taxes in New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 26, 2017

By: _____
Andrea Tantaros