UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL KRECHMER, a/k/a
"MICHAEL MALICE,"
                Plaintiff,

-v-

ANDREA K. TANTAROS and ASTERO, LLC,
                Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/17
```

16 **CIVIL** 7820 (KBF)

# JUDGMENT

Defendants having moved to dismiss the first amended complaint ("FAC") for lack of subject matter jurisdiction, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on December 1, 2017, having rendered its Opinion & Order granting Defendant's motion to dismiss the FAC and directing the Clerk of Court to terminate this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated December 1, 2017, Defendant's motion to dismiss the FAC is hereby granted; accordingly, the case is closed.

**Dated:** New York, New York
        December 4, 2017

                                                                RUBY J. KRAJICK
                                                                  Clerk of Court
                      BY:
                                                                   **Deputy Clerk**