UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| MICHAEL KRECHMER, a/k/a "Michael Malice," an individual, | |
| Plaintiff, | Case No.: 16-cv-7820 (KBF) |
| -against- | **NOTICE OF APPEAL** |
| ANDREA K. TANTAROS, an individual; and ASTERO, LLC, a New Jersey limited liability company, | |
| Defendants. | |

-----------------------------------------------------------x

     Notice is hereby given that Plaintiff, Michael Krechmer a/k/a Michael Malice appeals to the United States Court of Appeals for the Second Circuit from the Judgment dated December 4, 2017 (Dkt. No. 138), entered pursuant to the Opinion and Order dated December 1, 2017 (Dkt. No. 137), dismissing the case for purported lack of subject matter jurisdiction and denying leave to appeal.  This notice of appeal of the final judgment brings up all interlocutory orders for review. *See City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 141 n.25 (2d Cir. 2011).  Thus, Plaintiff is appealing the Opinion and Order dated December 1, 2017 (Dkt. No. 137), the Order of September 29, 2017, entered October 2, 2017 (Dkt. No. 116), and all other interlocutory orders and other rulings.

    Dated: December 19, 2017                          Respectfully Submitted,

                                                                       /s/ Jay M. Wolman
                                                                        Jay M. Wolman (JW0600)
                                                                        RANDAZZA LEGAL GROUP, PLLC
                                                                        100 Pearl Street, 14th Floor
                                                                        Hartford, CT 06103
                                                                        Tel:  702-420-2001
                                                                        Fax:  305-437-7662
                                                                        Email: ecf@randazza.com

2

        Ronald D. Green, *pro hac vice*
        RANDAZZA LEGAL GROUP, PLLC
        4035 S. El Capitan Way
        Las Vegas, NV 89147
        Tel:  702-420-2001
        Fax: 305-437-7662
        Email: ecf@randazza.com

        *Attorneys for Plaintiff,*
        *Michael Krechmer*

Case No. 16-cv-7820 (KBF)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 19, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully Submitted,

        _____
        Employee,
        Randazza Legal Group, PLLC

2